# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION AT COLUMBUS

ACHAK BEN ANIYUNWIYA,

Petitioner, : Case No. 2:26-cv-1251

- vs -

District Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

WARDEN,
Belmont Correctional Institution,

:

Respondent.

## REPORT AND RECOMMENDATIONS

This newly-filed habeas corpus action under 28 U.S.C. § 2254 is before the Court for preliminary review under Rule 4 of the Rules Governing § 2254 Cases. Upon examination, the claims in this new case match those in the Petitioner's pending case, 2:26-cv-913. This case should therefore be dismissed without prejudice as duplicative. Because reasonable jurists would not disagree with this conclusion, it is also recommended that Petitioner be denied a certificate of appealability and that the Court certify to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

October 1, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. #

With the consent of both of them and pursuant to Amended General Order 22-05, the Magistrate Judge reference in the above case is hereby transferred from The Honorable Peter B. Silvian, Jr., to The Honorable Michael R. Merz.

October 1, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge